**Steven Wayne NORRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 61188.

Missouri Court of Appeals, Western District.

March 11, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied July 1, 2003.

James Armin Rust, Lexington, MO, Arguing on behalf of Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, for Respondent.

Evan Buchheim, Asst. Attorney General, Jefferson City, MO, Arguing on behalf of Respondent.

Before RONALD R. HOLLIGER, PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

**ORDER**

PER CURIAM.

Steven Wayne Norris appeals from the judgment of the Ray County Circuit Court denying Norris's Rule 24.035 motion for post-conviction relief. Norris sought to vacate his convictions for first degree tampering, felony stealing, and two misdemeanor counts of stealing. Norris claimed that he received ineffective assistance of counsel in connection with his guilty plea. We affirm the denial of post-conviction relief. Affirmed. Rule 84.16(b).